CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 07 2018
ARTHUR JOHNSTON
BY_____ DEPUTY

CITY: JACKSON

COUNTY: HINDS

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT _____ DOCKET # 3:18CR154HTW-FKB
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ___ YES __X__ NO

MATTER TO BE SEALED: ___ YES __X__ NO

NAME/ALIAS: DEVON MODACURE

**U.S. ATTORNEY INFORMATION:**

AUSA ABE MCGLOTHIN, JR.    MSBAR # 104247

INTERPRETER: __X__ NO ___ YES    LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**   ARREST DATE _____

__X__ ALREADY IN FEDERAL CUSTODY AS OF JULY 5, 2018
___ ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: __1__    ___ PETTY ___ MISDEMEANOR __1__ FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1 18:922G.F | 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm | 1 |

Date: 7/30/18    **SIGNATURE OF AUSA**: _/s/ Abe McGlothin_

Revised 2/26/2010